UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMON DIVISION

LAFONTAY KENTTRELL WILLIAMS,

    Plaintiff,

    v.

SEAN ALLEN,

    Defendant.

CAUSE NO.: 2:24-CV-21-TLS-APR

**ORDER**

Lafontay Kenttrell Williams, a prisoner without a lawyer, was granted until February 14, 2024, to file an amended complaint on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form as required by N.D. Ind. L.R. 7-6. ECF 9. When he missed that deadline, the Court (on its own motion) enlarged the deadline to April 12, 2024. ECF No. 11. He missed this deadline, too. He was cautioned both times that this case could be dismissed without further notice if he did not respond. It appears he has abandoned this case.

For these reasons, this case is DISMISSED under Federal Rule of Civil Procedure 41(b).

SO ORDERED on May 2, 2024.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT