AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LAFONTAY KENTTRELL WILLIAMS
    Plaintiff

            v.                                      Civil Action No.2:24-cv-21

SEAN ALLEN, *Deputy*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED under Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by    Judge Theresa L Springmann.

DATE:____5/2/2024____        CHANDA J. BERTA, CLERK OF COURT

                                 by_____s/N. Corle_____
                                 *Signature of Clerk or Deputy Clerk*